**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ORANGEBURG DIVISION**
**CASE NUMBER:**

John Henry Campbell,

                        Plaintiff,

v.

Walgreens Boots Alliance, Inc., DH Chestnut,
LLC, Walgreens Store #7506, Walgreens, Inc.,

                        Defendants.

3:23-cv-01497-MGL

**NOTICE OF REMOVAL**

**TO:   THE UNITED STATES DISTRICT COURT:**

Now Come Defendants DH Chestnut, LLC and Walgreens Co., improperly identified as Walgreens Boots Alliance, Inc., Walgreens Store #7506, and Walgreens, Inc., and hereby remove this civil action to the United States District Court for the District of South Carolina pursuant to 28 U.S.C. 1441(a), and in support thereof states:

1.      This is a civil action in which the Plaintiff is seeking to recover insurance coverage for damages allegedly suffered as a result of an accident on or about September 18, 2019, in Orangeburg County.

2.      The Plaintiff filed suit on September 19, 2022 , in the Court of Common Pleas, Orangeburg County, South Carolina, which is within the Orangeburg Division of this Court. 28 U.S.C. § 121 (3). The Plaintiff's Amended Complaint and original Complaint is attached to this Notice. (**Exhibit A:** Amended Complaint; **Exhibit B**: Complaint).

3.      In his Amended Complaint, Plaintiff alleges that he is a resident of South Carolina. (¶ 1).

4.     Defendants DH Chestnut, LLC, and Walgreens Co., improperly identified as Walgreens Boots Alliance, Inc., Walgreens Store #7506, and Walgreens, Inc., are a corporation organized under the laws of the State of South Carolina with its principal place of business in the State of Illinois.

5.     Certain actions brought in state court may be removed to Federal Court pursuant to 28 U.S.C § 1441 (a).  The procedure for removal to Federal Court is governed by 28 U.S.C. § 1446.

6.     There is complete diversity of citizenship between the Plaintiff and Defendants. Plaintiff is a citizen of the State of South Carolina, and the Defendants are citizens of the State of Illinois.

7.     The Plaintiff's Complaint does not state a specific amount of damages being sought.  The Complaint is silent as to whether the amount in controversy is satisfied.  However, the Plaintiff seeks damages for actual (including extensive and expensive medical treatment) and punitive damages.  (**Exhibit A:** Amended Complaint, ¶ 12, and Prayer).  As such, the amount in controversy is satisfied.  *See Woodward v. Newcourt Commercial Finance Corp*., 60 F. Supp. 2d 530 (D.S.C. 1999).

7.     Moreover, this case is removed within 30 days of the Defendants receiving written notice of the Plaintiff's Complaint.

8.     Pursuant to the provisions of 28 U.S.C. § 1446 (a), Defendants are attaching all process and pleadings served by them or to them in the state court action.  (**Exhibit B**: Complaint).

9.     The Defendants will provide notice of this removal to the Clerk of Court of the Orangeburg County Court of Common Pleas and shall request an Acknowledgement from the Clerk and, upon receipt, will file it with this Court.

WHEREFORE, Defendant respectfully files this Notice of Removal so that this case may proceed in the United States District Court, District of South Carolina, Orangeburg Division, and that no further proceedings be held in said case in the Court of Common Pleas, County of Orangeburg, State of South Carolina, and for such other further relief as the Court deems just and proper in the circumstances.

MURPHY & GRANTLAND, P.A.

__*s/John M. Grantland*_____
John M. Grantland, Esquire (Fed ID #06462)
Crawford A. Krebs, Esquire (Fed ID #13963)
4406-B Forest Drive (29206)
P.O. Box 6648
Columbia, South Carolina 29260
Phone: (803) 782-4100

*Attorneys for Defendants DH Chestnut, LLC, and Walgreens Co., improperly identified as Walgreens Boots Alliance, Inc., Walgreens Store #7506, and Walgreens, Inc.*

Columbia, South Carolina
April 12, 2023