AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| John Campbell | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   5:23-1498-MGL |
| Walgreen Boots Alliance, Inc., Walgreen Boots Alliance, Inc., DH Chestnut, LLC, DH Chestnut, LLC, Walgreens Store #7506; and Walgreens, Inc. Et Al | ) ) ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, John Campbell, shall take nothing of the defendants, Walgreen Boots Allinace, Inc., Walgreen Boots Alliance, Inc., DH Chestnut, LLC, DH Chestnut, LLC, Walgreens Store #7506, and Walgreens, Inc., et al, and the complaint is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, having adopted the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, recommending dismissal with prejudice for lack of prosecution.

Date:   July 18, 2023                                  *CLERK OF COURT*

                                                       s/Mary Deal
                                                       *Signature of Clerk or Deputy Clerk*